```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ROLEX WATCH U.S.A., INC.,            :   11 Civ. 1488 (LAP)(DF)
                                     :
                    Plaintiff,       :   ORDER
                                     :
         - v. -                      :
                                     :
REPLICASTOREONLINE.WEBS.COM,         :
et al.,                              :
                                     :
                    Defendants.      :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-24-13

LORETTA A. PRESKA, Chief United States District Judge:

On July 26, 2013, Magistrate Judge Debra Freeman issued a Report and Recommendation (the "Report") [dkt. no. 36] recommending that plaintiff Rolex Watch U.S.A., Inc. ("Plaintiff") be awarded $1.5 million in damages, representing $150,000 for infringement and counterfeiting by defendants[1] of each of the ten trademarks that are the subject of this action. The time for submitting objections to the Report has expired. None of the parties has submitted objections. Because the Court finds Judge Freeman's determination to be correct and appropriate upon de novo review, see Fed. R. Civ. P. 72(b), the Report is hereby ADOPTED.

---

[1] Defendants are Barbara Elaine Howze, Johnny Howze, and Palazzi Karika Howze, individually and doing business as replicastore.webs.com, replicastoreonline.webs.com, coolprices.webs.com, qualitywatches.webs.com, and qualitywristwatches.webs.com.

1

The Clerk of Court is directed to enter judgment for Plaintiff in the amount of $1.5 million.

SO ORDERED.

Dated:   New York, New York
         September 24, 2013

_____
LORETTA A. PRESKA
Chief United States District Judge